IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>JEFFREY MERRITT WILSON,<br><br>Appellant(s).<br>_____ / | CASE NO. 5:14-cv-02446 EJD<br><br>(Appeal from In re Jeffrey Merritt Wilson, Bankr. N.D. Cal. (San Jose) Case No. 14-51002 CN)<br><br>**ORDER TO SHOW CAUSE** |

Appellant Jeffrey Merritt Wilson ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on May 23, 2013. Appellant did not, however, perfect this appeal by complying with Federal Rule of Bankruptcy 8006, which requires the appealing party to "file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented" within 14 days of filing the Notice of Appeal.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Appellant does not, **by October 10, 2014**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: September 25, 2014

EDWARD J. DAVILA
United States District Judge