UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE | Case No. 5:14-cv-02446 EJD |
|---|---|
| JEFFRET MERRITT WILSON, | **ORDER DISMISSING CASE** |
| Appellant(s). | |

On September 25, 2014, the court ordered Appellant Jeffrey Merritt Wilson ("Appellant") to show cause by October 10, 2014, why this action should not be dismissed for failure to prosecute after Appellant failed to perfect the record according to Federal Rule of Bankruptcy Procedure 8006.  See Docket Item No. 5.  The court advised Appellant that this appeal would be dismissed if he did not demonstrate good cause.

Appellant has not complied with the show cause order as directed.  Accordingly, this appeal is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: October 15, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:14-cv-02446 EJD
ORDER DISMISSING CASE